**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose De Jesus LEPE–LOPEZ,
Defendant—Appellant.**

No. 03–10431.

D.C. No. CR–02–00191–KJD.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2004.*

Decided June 18, 2004.

Robert A. Bork, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Chad Bowers, Las Vegas, NV, for Defendant–Appellant.

Jose de Jesus Lepe–Lopez, Phoenix, AZ, pro se.

Before HALL, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM**

Jose De Jesus Lepe–Lopez appeals his guilty-plea conviction and 41–month sentence for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Lepe–Lopez has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Lepe–Lopez has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

